UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| IN RE:<br>VALENTINE, JAMES L<br>VALENTINE, C MICHELE<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-72107 MB<br><br>HONORABLE MANUEL BARBOSA |
|---|---|

TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA
      BANKRUPTCY JUDGE

NOW COMES JOSEPH D. OLSEN, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report in accordance with 11 U.S.C. §704(9).

1.   JOSEPH D. OLSEN was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 11/10/06. An order for relief under Chapter 7 was entered on 11/10/06. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.   The Trustee certifies that he/she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed as necessary and appropriate; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.     The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.     A summary of the Trustee's Final Report as of March 31, 2008 is as follows:

|   |   |   |   |
|---|---|---|---:|
| a. | RECEIPTS (See Exhibit C) | | 10,872.15 |
| b. | DISBURSEMENTS (See Exhibit C) | | 2,913.28 |
| c. | NET CASH available for distribution | | 7,958.87 |
| d. | TRUSTEE/PROFESSIONAL COSTS | | |
| | 1. | Trustee compensation requested (See Exhibit E.) | 1,557.22 |
| | 2. | Trustee Expenses (See Exhibit E.) | 154.88 |
| | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F.) | 1,700.50 |
| | 4. | Estimated compensation and expense reimbursement request (See Exhibit F.) | |

5.     The Bar Date for filing unsecured claims expired on 03/19/07.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (as necessary and appropriate, a copy of the Trustee's proposed distribution is attached as Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---:|
| a. | Allowed unpaid secured claims | 0.00 |
| b. | Chapter 7 administrative and 28 U.S.C. §1930 claims | 3,412.60 |
| c. | Allowed Chapter 11 administrative claims | 0.00 |
| d. | Allowed priority claims | 0.00 |
| e. | Allowed unsecured claims | 76,876.41 |

7.     Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was 0.00. Professional's compensation and expense requested but not yet allowed is $1,700.50. The total of Chapter 7 professional fees and expenses requested for final allowance is $1,700.50. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $2,500.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: 4/1/08

s/s Joseph D. Olsen
JOSEPH D. OLSEN
YALDEN, OLSEN & WILLETTE
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

## TRUSTEE NARRATIVE

The Debtors had several partnership/corporate interests, as well as rental property, that the Trustee had to sort through because of cross-collateralization issues and guarantees. Trustee devoted a lot of time in this area. It was determined the only hope of realizing any equity from any of the assets involved the liquidation of some rental property which was co-owned with the Debtor's sister because of an estate involving the Debtor's other sister. However, that rental unit was part of a (2) unit condominium development involving the Debtors' personal residence in which there was no equity. Realistically, one unit could not sell without the other and any offer received by the Trustee was contingent on the sale of the unit which was not in control of the Trustee and which the foreclosing creditor, Washington Mutual, was not accommodating nor were the guarantor creditors which had substantial liens on the other unit. Trustee eventually abandoned his interest in condo unit. The only net realizable assets procured by the Trustee were through tax refunds.

## TASKS PERFORMED BY TRUSTEE

1. Preliminary review of Debtor's Petition, Statement of Affairs and Schedules prior to conduct of First Meeting of Creditors;

2. Examination of Debtor at First Meeting of Creditors, discovery of potential assets including; Sale of real estate and collection of receivables.

3. Conducted preliminary discovery with regard to the location and identity of the Debtor's underlying financial affairs;

4. Prepared all forms necessary for the administration of the estate including the estate property record, cash receipts and disbursements ledgers, employer identification number, opening of depository accounts, preparation of final and supplemental final reports;

5. Review of the Debtor's financial records with regard to other avoidable transfers or undisclosed assets;

6. Conferences with Trustee's attorneys regarding the progress of liquidation/recovery of estate assets;

7. Preliminary review of all correspondence and pleadings generated or received by the Trustee's attorneys;

8. Review of Proof of Claim document, preparation of memo re: preliminary grounds for objection to same;

9. Fielded all creditor inquiries regarding the administration of the estate.
(See time records attached.)

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 06-72107 MB  
**Case Name:** VALENTINE, JAMES L  
VALENTINE, C MICHELE  
**Period Ending:** 04/01/08

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 11/10/06 (f)  
**§341(a) Meeting Date:** 12/14/06  
**Claims Bar Date:** 03/19/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1462 Temple Circle | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 1464 Temple Circle | 185,000.00 | 30,000.00 | OA | 0.00 | 0.00 |
| 3 | Cash/deposits | 1,400.00 | 0.00 | DA | 0.00 | FA |
| 4 | HHG/wearing apparel | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Furs/jewelry/firearms | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Life Insurance policies | 5,117.00 | 0.00 | DA | 0.00 | FA |
| 7 | IRA | 30,524.00 | 0.00 | DA | 0.00 | FA |
| 8 | Stocks/unincorporated businesses | 100.00 | 0.00 | DA | 0.00 | FA |
| 9 | Notes Receivable (u) | 34,000.00 | 34,000.00 | DA | 0.00 | FA |
| 10 | Tax refunds | 7,968.00 | 8,620.00 | | 10,829.87 | FA |
| 11 | Vehicles | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Office equipment | 500.00 | 0.00 | DA | 0.00 | FA |
| 13 | Animals | 100.00 | 0.00 | DA | 0.00 | FA |
| 14 | Time Share | 1.00 | 0.00 | DA | 0.00 | FA |
| 15 | Met Life A/C (u) | 0.00 | 4,676.37 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 42.28 | FA |
| 16 | **Assets Totals** (Excluding unknown values) | **$472,410.00** | **$77,296.37** | | **$10,872.15** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-72107 MB
**Case Name:** VALENTINE, JAMES L
VALENTINE, C MICHELE
**Period Ending:** 04/01/08

**Trustee:** (330400)   JOSEPH D. OLSEN
**Filed (f) or Converted (c):** 11/10/06 (f)
**§341(a) Meeting Date:** 12/14/06
**Claims Bar Date:** 03/19/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 30, 2007          **Current Projected Date Of Final Report (TFR):** February 28, 2008 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-72107 MB | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | VALENTINE, JAMES L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | VALENTINE, C MICHELE | | Account: | ***-****45-65 - Money Market Account |
| Taxpayer ID #: | 13-7551627 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 04/01/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #}/ Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/12/07 | {10} | United States Treasury | 12/05 tax refund | 1124-000 | 4,832.00 | | 4,832.00 |
| 01/12/07 | {10} | United States Treasury | 12/04 tax refund | 1124-000 | 755.00 | | 5,587.00 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.59 | | 5,588.59 |
| 02/07/07 | | To Account #*******4566 | Debtors' exemption re: Federal Tax Refund | 9999-000 | | 2,800.00 | 2,788.59 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.73 | | 2,790.32 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.49 | | 2,791.81 |
| 04/24/07 | {10} | Illinois Department of Revenue | State income tax refund | 1124-000 | 638.87 | | 3,430.68 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.55 | | 3,432.23 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.89 | | 3,434.12 |
| 06/01/07 | {10} | Treasurer of the State of Illinois | Replacement ck for refund | 1124-000 | 1,726.00 | | 5,160.12 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.54 | | 5,162.66 |
| 07/16/07 | {10} | IRS | 06 tax refund | 1124-000 | 1,795.00 | | 6,957.66 |
| 07/16/07 | {10} | State of Illinois | 2006 - refund | 1124-000 | 1,083.00 | | 8,040.66 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.61 | | 8,044.27 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.43 | | 8,048.70 |
| 09/14/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR CASE #06-72107, Bond #016018067 Voided on 09/14/07 | 2300-003 | | 7.12 | 8,041.58 |
| 09/14/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR CASE #06-72107, Bond #016018067 Voided: check issued on 09/14/07 | 2300-003 | | -7.12 | 8,048.70 |
| 09/14/07 | 1002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2007 FOR CASE | 2300-000 | | 10.78 | 8,037.92 |

| | | Subtotals : | $10,848.70 | $2,810.78 |
|---|---|---|---|---|

{} Asset reference(s)

Printed: 04/01/2008 08:25 AM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-72107 MB | Trustee: | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- |
| Case Name: | VALENTINE, JAMES L | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  | VALENTINE, C MICHELE | Account: | ***_*****45-65 - Money Market Account |
| Taxpayer ID #: | 13-7551627 | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 04/01/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | | | #06-72107, Bond #016018067 | | | | |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.00 | | 8,041.92 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.72 | | 8,046.64 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.18 | | 8,050.82 |
| 12/24/07 | | To Account #*********4566 | Pay bill for Plumbing charges for inspection (Inv. #12226) | 9999-000 | | 102.50 | 7,948.32 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.08 | | 7,952.40 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 3.63 | | 7,956.03 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.63 | | 7,957.66 |
| 03/25/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.2500% | 1270-000 | 1.21 | | 7,958.87 |
| 03/25/08 | | To Account #*********4566 | Prep. of F. Rpt under $10,000 | 9999-000 | | 7,958.87 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,872.15 | 10,872.15 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 10,861.37 | |
| | | | **Subtotal** | | 10,872.15 | 10.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,872.15** | **$10.78** | |

{} Asset reference(s)    Printed: 04/01/2008 08:25 AM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-72107 MB
**Case Name:** VALENTINE, JAMES L
VALENTINE, C MICHELE
**Taxpayer ID #:** 13-7551627
**Period Ending:** 04/01/08

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****45-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/07/07 | | From Account #*********4565 | Debtors' exemption re: Federal Tax Refund | 9999-000 | 2,800.00 | | 2,800.00 |
| 02/09/07 | 101 | James and Michele Valentine | Exemption for fed. tax refund | 8100-002 | | 2,800.00 | 0.00 |
| 12/24/07 | | From Account #*********4565 | Pay bill for Plumbing charges for inspection (Inv. #12226) | 9999-000 | 102.50 | | 102.50 |
| 12/28/07 | 102 | Service Plumbing | Water & cross connection inspection - 1464 Temple Circle | 2200-000 | | 102.50 | 0.00 |
| 03/25/08 | | From Account #*********4565 | Prep. of F. Rpt under $10,000 | 9999-000 | 7,958.87 | | 7,958.87 |
| | | | **ACCOUNT TOTALS** | | 10,861.37 | 2,902.50 | $7,958.87 |
| | | | Less: Bank Transfers | | 10,861.37 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 2,902.50 | |
| | | | Less: Payments to Debtors | | | 2,800.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $102.50 | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-72107 MB
**Case Name:** VALENTINE, JAMES L
VALENTINE, C MICHELE
**Taxpayer ID #:** 13-7551627
**Period Ending:** 04/01/08

**Trustee:** JOSEPH D. OLSEN (330400)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*45-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Net Receipts $ | Net Disbursements $ | Checking Account Balance |

| | | Net Receipts : | 10,872.15 | | | | |
| | | Less Payments to Debtor : | 2,800.00 | | | | |
| | | Net Estate : | $8,072.15 | | | | |

| Description of Transaction | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # \*\*\*-\*\*\*\*\*45-65 | 10,872.15 | 10.78 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*45-66 | 0.00 | 102.50 | 7,958.87 |
| | $10,872.15 | $113.28 | $7,958.87 |

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| IN RE:<br>VALENTINE, JAMES L<br>VALENTINE, C MICHELE<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-72107 MB<br><br>HONORABLE  MANUEL BARBOSA |
|---|---|

**DISTRIBUTION REPORT**

I, JOSEPH D. OLSEN, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 3,412.60 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 4,546.27 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 7,958.87 |

**DISTRIBUTION REPORTS**                                          PAGE 1

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $3,412.60 | 100.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| Yalden, Olsen & Willette | 1,700.50 | 1,700.50 |
| JOSEPH D. OLSEN | 1,557.22 | 1,557.22 |
| JOSEPH D. OLSEN | 154.88 | 154.88 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |
| **CLAIM NUMBER** — **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS** PAGE 2

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS** PAGE 3

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(6) - Deposits by consumers to the extent of $1,800.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(7) - Alimony | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §724(b)(6) - Tax Liens | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS**  PAGE 4

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $22,643.80 | 20.08% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| 8 | Illinois Department of Revenue | 5,000.00 | 1,003.87 |
| 9 | IL Dept. of Employment Security | 6,594.00 | 1,323.90 |
| 22 | Internal Revenue Service | 11,049.80 | 2,218.50 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS**                                                                 PAGE 5

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $76,876.41 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Yellow Book USA | 3,416.36 | 0.00 |
| 2 | Acushnet Co. (Titleist & FootJoy) | 2,560.67 | 0.00 |
| 3 | Farmers Insurance | 6,547.34 | 0.00 |
| 4 | Brown Bark 1, L.P. | 22,527.29 | 0.00 |
| 5 | Peabudy's North, Inc. | 1,575.28 | 0.00 |
| 6 | Easy Picker Golf Products Inc. | 1,726.96 | 0.00 |
| 10 | Eugene H Johnson SR | 4,000.00 | 0.00 |
| 11 | CLC Consumer Services - servicing | 4,935.08 | 0.00 |
| 12 | Household Bank (SB), N.A. | 343.05 | 0.00 |
| 13 | Citibank (South Dakota). N.A. | 1,267.56 | 0.00 |
| 14 | Citibank (South Dakota). N.A. | 280.11 | 0.00 |
| 16 | Hastings Mutual Insurance Co | 1,260.80 | 0.00 |
| 18 | Advanta Bank Corp | 24,752.91 | 0.00 |
| 9-A | Illinois Department of Employment Security | 1,683.00 | 0.00 |

**DISTRIBUTION REPORTS**            **PAGE 6**

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(5) - Interest | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS** PAGE 7

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant or barred from distribution.

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOW /WITHDRAW DESIGNATE |
|---|---|---|---|---|
| Priority | 7 | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn Street<br>Chicago, IL 60604- | $ 7,500.00 | Withdrawn |
| Secured | 15 | Commercial Mortgage & Finance Co.<br>115 Seventh Street<br>Rockford, IL 61104-1275 | $ 960,000.00 | No Distribution to be made |
| Secured | 17 | U S Small Business Administration<br>500 W. Madison St., #1250<br>Chicago, IL 60661- | $ 427,213.52 | No Distribution to be made |
| Unsecured | 19 | Winnebago County Regional Planning<br>404 Elm St, Rm 301<br>Rockford, IL 61101- | $ 78,744.20 | No Distribution to be made |
| Secured | 20 | DELL FINANCIAL SERVICES, LP<br>Collections/Consumer Bankruptcy 12234B<br>North I-35, Austin, TX 78753-1705<br>(800) 955-3355, ex 68820- | $ 2,340.59 | No Distribution to be made |

**DISTRIBUTION REPORTS**                                                                 **PAGE 8**

| | | | | |
|---|---|---|---|---|
| Priority | 21 | Internal Revenue Service<br>211 S. Court Street<br>Rockford, IL 61101- | $ 11,050.00 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 4/1/08                                    s/s  Joseph D. Olsen
                                                 JOSEPH D. OLSEN, Trustee