Case Name: VALENTINE, JAMES L
              VALENTINE, C MICHELE
Case No:    06-72107

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: April 3, 2008                WILLIAM T. NEARY
                                         United States Trustee, Region 11


                            BY:    */s/ Carole J. Ryczek*
                                      CAROLE J. RYCZEK
                                      Attorney for the U.S. Trustee