# UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>VALENTINE, JAMES L<br>VALENTINE, C MICHELE | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-72107 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-3089  13-7551627<br>Debtor(s) | HONORABLE  MANUEL BARBOSA |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

**TO ALL CREDITORS:**

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **MAY 5, 2008** at 9:30a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 1,700.50 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 1,557.22 | |

| | | |
|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 154.88 |

4. The Trustee's Final Report shows total:

  a. Receipts $ 10,872.15

  b. Disbursements $ 2,913.28

  c. Net Cash Available for Distribution $ 7,958.87

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $22,643.80, which leaves a total amount of $0.00, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $76,876.41.

6. The debtors have been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

  4/1/08          s/s Joseph D. Olsen
DATE

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-3          User: cshabez              Page 1 of 3          Date Rcvd: Apr 04, 2008
Case: 06-72107                Form ID: pdf002            Total Served: 113

The following entities were served by first class mail on Apr 06, 2008.
db           +James L Valentine,   1462 Temple Circle,   Rockford, IL 61108-4449
jdb          +C Michele Valentine,   1462 Temple Circle,   Rockford, IL 61108-4449
aty          +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
aty          +Joseph D. Olsen,,   Yalden, Olsen & Willette,   1318 East State Street,   Rockford, IL 61104-2228
tr           +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
11008556      AT&T,    PO Box 8100,   Aurora, IL 60507-8100
11008557      AT&T Yellow Pages,   R.H. Donnelley,   8519 Innovation Way,   Chicago, IL 60682-0085
11091341     +Acushnet Co. (Titleist & FootJoy),   Credit Dept.,   POB 965,   Fairhaven MA 02719-0965
11216677     +Advanta Bank Corp,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
11008553     +Advanta Bank Corp.,   PO Box 3001,   Malvern, PA 19355-0701
11008554      Advanta Bank Corp.,   PO Box 30715,   Salt Lake City, UT 84130-0715
11008558     +Attorney Karl Winkler,   PO Box 4749,   Rockford, IL 61110-4749
11008560     +Avaya Financial Services,   PO Box 93000,   Chicago, IL 60673-0001
11008559      Avaya Financial Services,   PO Box 550599,   Jacksonville, FL 32255-0599
11008564      Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
11008561      Bank of America,   PO Box 1390,   Norfolk, VA 23501-1390
11008563     +Bank of America,   PO Box 2930,   Phoenix, AZ 85062-2930
11008562      Bank of America,   PO Box 15726,   Wilmington, DE 19886-5726
11008565      Blain's Farm & Fleet Plan,   Processing Center,   Des Moines, IA 50364-0001
11008566      Blains Farm & Fleet Plan,   PO Box 689182,   Des Moines, IA 50368-9182
11008567     +Bowen Oil Co.,   PO Box 26,   Orangeville, IL 61060-0026
11008568      Brown Bark 1, L.P.,   PO Box 1068,   Stafford, TX 77497-1068
11154526     +CLC Consumer Services - servicing,   agent for Capital One,   2730 Liberty Ave,
               Pittsburgh, PA 15222-4704
11008569      Callaway Golf,   PO Box 9002,   Carlsbad, CA 92018-9002
11008570      Capital One,   PO Box 105131,   Atlanta, GA 30348-5131
11008571      Capital One Bank,   Bankruptcy Department,   PO Box 85167,   Richmond, VA 23285-5167
11008572      Chase Bank USA, NA,   PO Box 100043,   Kennesaw, GA 30156-9243
11008573      Chase Cardmember Services,   PO Box 100045,   Kennesaw, GA 30156-9245
11184985     +Citibank (South Dakota). N.A.,   DBA: THE HOME DEPOT,   PO Box 9025,   Des Moines, IA 50368-9025
11185014     +Citibank (South Dakota). N.A.,   DBA: BLAINS FARM & FLEET,   PO Box 9025,
               Des Moines, IA 50368-9025
11201268     +Commercial Mortgage & Finance Co.,   115-7th Street,   Rockford, IL 61104-1275
11008574      Commercial Mortgage & Finance Co.,   115 Seventh Street,   Rockford, IL 61104-1275
11250282     +DELL FINANCIAL SERVICES, LP,   Collections/Consumer Bankruptcy,   12234B North I-35,
               Austin, TX 78753,   (800) 955-3355, ext. 68820
11008576     +David & Georgeanne Norris,   3209 Sage Dr,   Rockford, IL 61114-5349
11008577     +David Berrier,   10732 Chestnut Ridge Rd,   Austin, TX 78726-1358
11008578     +David R. Berrier,   8303 N. Mppac #C210,   Austin, TX 78759-8384
11008579     +DebtAlert,   PO Box 539,   Richfield, OH 44286-0539
11008580      Dell Financial Services,   % Customer Service,   PO Box 81577,   Austin, TX 78708-1577
11008581     +Devant Ltd.,   3011 Walkup Avenue,   Monroe, NC 28110-9122
11008582     +Direct Topsoil Plus, Inc.,   PO Box 236,   Winnebago, IL 61088-0236
11008583     +Dish Network,   PO Box 9033,   Littleton, CO 80160-9033
11008584     +Easy Picker Golf Products Inc.,   415 Leonard Boulevard North,   Lehigh Acres, FL 33971-6302
11008585     +Eugene H Johnson SR,   4172 Westlake Village Dr,   Winnebago, IL 61088-8039
11008586     +Factors Collection Corporation,   119 West 40th Street,   New York, NY 10018-2500
11008587     +Farmers Insurance,   2245 Sequoia Drive,   Aurora, IL 60506-6210
11008588      Footjoy,   Acushnet Company,   PO Box 965,   Fairhaven, MA 02719-0965
11008589     +Gazette Newspaper,   Rock Valley Publishing, LLC,   11512 N. Second Street,
               Machesney Park, IL 61115-1101
11008590      Golfsmith,   by Wells Fargo Financial Ntl Bank,   PO Box 94498,   Las Vegas, NV 89193-4498
11008591     +Hanover Sod Farm,   2436 S. Johnson Road,   Janesville, WI 53548-9293
11008592      Hastings Mutual Insurance Co,   404 East Woodlawn Avenue,   Hastings, MI 49058-1091
11008593     +Hinshaw & Culbertson, LLP,   Suite 330, FD-6,   222 N. LaSalle Street,   Chicago, IL 60601-1003
11008594     +Home City Ice Company,   PO Box 111116,   Cincinnati, OH 45211-1116
11008595      Home Depot Credit Services,   PO Box 689100,   Des Moines, IA 50368-9100
11008596     +House of Adjustments, Inc.,   HOA Building,   PO Box 780,   Mamaroneck, NY 10543-0780
11159219     +Household Bank (SB), N.A.,   eCAST Settlement Corporation,   c/o Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd, Suite 200,   Tucson, AZ 85712-1083
11008597     +HughesNet,   Hughes Credit Department,   11717 Exploration Lane,   Germantown, MD 20876-2700
11008598      IC System, Inc.,   444 Highway 96 East,   PO Box 64437,   Saint Paul, MN 55164-0437
11055738     +IL Dept of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
11008599     +IL Dept. of Employment Security,   33 South State Street - 10th Floor,   Chicago, IL 60603-2802
11008600     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service,   211 S. Court Street,   Rockford, IL 61101)
11149073     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court: Internal Revenue Service,   Mail Stop 5010 CHI,
               230 S. Dearborn Street,   Chicago, IL  60604)
11008602     ++++IRONWOOD GOLF & PRACTICE CENTER,   2332 N CONGER RD,   PECATONICA IL  61063-9565
               (address filed with court: Ironwood Golf & Practice Center,   2322 Conger Road,
               Pecatonica, IL 61063)
11149077      Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL  60664-0338
11008601      Ironwood Golf & Practice Center,   1462 Temple Circle,   Rockford, IL 61108-4449
11008603     +Jennifer Valentine,   1002 St. Andrews Way,   Rockford, IL 61107-3850
11008604     +Krista McCormick,   1029 Lindstrom Drive,   Fort Worth, TX 76131-5312
11008605      MBNA America,   PO Box 15026,   Wilmington, DE 19850-5026
11008606     +Menards,   HSBC Business Services,   PO Box 4160,   Carol Stream, IL 60197-4160
11008607      Menards Retail Services,   PO Box 15521,   Wilmington, DE 19850-5521
11008608     +Meridian Implement,   1011 S. Meridian Road,   Rockford, IL 61102-1199
```

```
District/off: 0752-3          User: cshabez              Page 2 of 3              Date Rcvd: Apr 04, 2008
Case: 06-72107                Form ID: pdf002            Total Served: 113

11008609     +Michael J. Valentine,    1002 St. Andrews Way,    Rockford, IL 61107-3850
11008610     +Michael McCormick,    1029 Lindstrom Drive,    Fort Worth, TX 76131-5312
11008611     +NiCor Gas,    1844 W. Ferry Road,    Naperville, IL 60563-9600
11008612     +Pamela Smith,    4138 West Lake Village Drive,    Winnebago, IL 61088-8039
11008613     +Peabudy's North, Inc.,    PO Box 369,    Pecatonica, IL 61063-0369
11008614     +Phillips & Cohen Associates, Ltd.,    258 Chapman Road - Ste. 205,    Newark, DE 19702-5446
11008615     +Receivable Management Corporation,    PO Box 2471,    Woburn, MA 01888-0871
11008616      Resort Financial Specialists,    PO Box 593233,    Orlando, FL 32859-3233
11008617      Retail Services,    PO Box 17602,    Baltimore, MD 21297-1602
11008618     +Richard Smith,    4138 West Lake Village Drive,    Winnebago, IL 61088-8039
11008619     +Richmond North,    PO Box 963,    Buffalo, NY 14226-0963
11008620     +Rock Valley Credit Union,    1201 Clifford Avenue,    Loves Park, IL 61111-7500
11008621     +Rosemary Lutzow,    904 Jordan Place,    Rockford, IL 61108-3706
11008622      Sam's Club,    PO Box 981064,    El Paso, TX 79998-1064
11008623     +Small Business Growth Corporation,    2401 West White Oaks Drive,    Springfield, IL 62704-7423
11008631     +TMax Gear,    2701 Loker Avenue West - Ste. 290,    Carlsbad, CA 92010-6639
11008624      Target Natinal Bank,    PO Box 59231,    Minneapolis, MN 55459-0231
11008626      Taylor Made Golf,    PO Box 406043,    Atlanta, GA 30384-6043
11008625      Taylor Made Golf,    5545 Fermi Court,    Carlsbad, CA 92008-7324
11008627      The Journal Standard,    PO Box 330,    Freeport, IL 61032-0330
11008628     +The Valentine Agency,    1111 S. Alpine Road - Ste. 205,    Rockford, IL 61108-3947
11008630      Titleist,    Acushnet Company,    PO Box 965,    Fairhaven, MA 02719-0965
11214531     +U S Small Business Administration,    500 W. Madison St., #1250,    Chicago, IL 60661-2602
11008632     +UPS,    PO Box 25084,    Bethlehem, PA 18025-0001
11008633     +Valentine Development LP,    1462 Temple Circle,    Rockford, IL 61108-4449
11008634      Vengroff, Williams & Assoc., Inc.,    PO Box 4155,    Sarasota, FL 34230-4155
11008636      Veolia ES Solid Waste Midwest,    8246 Innovation Way,    Chicago, IL 60682-0082
11008635     +Veolia Environmental,    8538 Highway 251 South,    Davis Junction, IL 61020-9706
11008638      Verizon Directories Corp.,    PO Box 612727,    Dallas, TX 75261-2727
11008640      Visa,    PO Box 4521,    Carol Stream, IL 60197-4521
11152441     +Vistana Scottsdale, Inc,    215 North Eola Drive,    Orlando, FL 32801-2028
11008641      Washington Mutual,    PO Box 78065,    Phoenix, AZ 85062-8065
11008642      Washington Mutual, FA,    PO Box 1093,    Northridge, CA 91328
11008643      Wells Fargo Century,    119 West 40th Street,    New York, NY 10018-2500
11008644     +Westlake Villager,    PO Box 369,    Durand, IL 61024-0369
11008645     +Winnebago County Regional Planning,    404 Elm St, Rm 301,    Rockford, IL 61101-1244
11008646     +Yellow Book USA,    6300 C Street SW,    Cedar Rapids, IA 52404-7470
11072412     +Yellow Book USA,    %RMS Bankruptcy Recovery Services,    PO Box 5126,    Timonium, MD 21094-5126
11008647     +Zachary S Valentine,    1464 Temple Circle,    Rockford, IL 61108-4449
The following entities were served by electronic transmission on Apr 05, 2008.
11008555     +Fax: 815-968-4665 Apr 05 2008 03:02:06      American General Finance,    211 Elm St,
               Rockford, IL 61101-1264
11008575     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                            Commonwealth Edison,
               2100 Swift Drive,    Oak Brook, IL 60523-1559
11008622      E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2008 03:01:54      Sam's Club,    PO Box 981064,
               El Paso, TX 79998-1064
11008637     +E-mail/PDF: BankruptcyEBN@afninet.com Apr 05 2008 03:01:58      Verizon,
               Receivables Management Call Center,    1135 E. Chocolate Avenue,    Hershey, PA 17033-1220
11008639      E-mail/PDF: BankruptcyEBN@afninet.com Apr 05 2008 03:03:15      Verizon North,    PO Box 920041,
               Dallas, TX 75392-0041
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
11185015*    +Citibank (South Dakota). N.A.,    DBA: BLAINS FARM & FLEET,    PO Box 9025,
               Des Moines, IA 50368-9025
11008629*    +The Valentine Agency, Inc,    1111 S. Alpine Road - Ste. 205,    Rockford, IL 61108-3947
                                                                                              TOTALS: 0, * 3
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).
```

```
District/off: 0752-3          User: cshabez            Page 3 of 3             Date Rcvd: Apr 04, 2008
Case: 06-72107                Form ID: pdf002          Total Served: 113

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2008**                              **Signature:**     _Joseph Speetjens_