# JPMorganChase

September 01, 2007 through September 28, 2007
Primary Account: **000312102254565**

IMAGES

ACCOUNT # 000312102254565



008970912685 SEP 21 #0000001002 $10.78

008970912685 SEP 21 #0000001002 $10.78



Exhibit "A"

**JPMorganChase**

February 01, 2007 through February 28, 2007
Primary Account: **000312102254565**

**IMAGES**

ACCOUNT # 000312102254566




007870520789 FEB 15 #0000000101 $2,800.00



007870520789 FEB 15 #0000000101 $2,800.00

Page 4 of 4

**JPMorganChase**

January 01, 2008 through January 31, 2008

Primary Account: **000312102254565**

ACCOUNT # 000312102254566
VALENTINE JAMES L
06-72107

**IMAGES**





008770124652 JAN 03 #0000000102 $102.50



008770124652 JAN 03 #0000000102 $102.50

**JPMorganChase**

May 01, 2008 through May 30, 2008

Account Number: 000312102254566

ACCOUNT # 000312102254566
VALENTINE JAMES L
06-72107

**IMAGES**



006610171599 MAY 13 #0000000103 $1,700.50





006610171599 MAY 13 #0000000103 $1,700.50



006610171600 MAY 13 #0000000104 $1,557.22



006610171600 MAY 13 #0000000104 $1,557.22

Page 2 of 4

**JPMorganChase**

May 01, 2008 through May 30, 2008
Account Number: **000312102254566**

ACCOUNT # 000312102254566
VALENTINE JAMES L
06-72107



006610171598 MAY 13 #0000000105 $154.88



006610171598 MAY 13 #0000000105 $154.88



008770010399 MAY 16 #0000000106 $1,003.87



008770010399 MAY 16 #0000000106 $1,003.87



**JPMorganChase**

May 01, 2008 through May 30, 2008
Account Number: **000312102254566**

ACCOUNT # 000312102254566
VALENTINE JAMES L
06-72107



004910439313 MAY 15 #0000000108 $2,218.50

004910439313 MAY 15 #0000000108 $2,218.50



**JPMorganChase**

May 31, 2008 through June 30, 2008
Account Number: **000312102254566**

ACCOUNT # 000312102254566
VALENTINE JAMES L
06-72107

**IMAGES**

---

**JPMORGAN CHASE BANK, N.A.** VOID AFTER 90 DAYS 109
4 New York Plaza, 17th Floor, New York, NY 10004
TID #330400

| Case | Debtor |
|---|---|
| 06-72107 MB | VALENTINE, JAMES L |
| 312102254566 | VALENTINE, C MICHELE |

Ck #107 voided/reissue for 4 qtr 05 thru 3rd qtr 07.

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD IL 61104-2228

Date 05/29/2008  $ *********472.00

---Four Hundred Seventy-Two Dollars and 00/100

Pay to the Order of: Director of Illinois Department of Employment Security
33 South State Street
Bankruptcy Unit - 10th Floor
Chicago IL 60603

Acct. No.: 4066161-0
Bky. No.: 06-72107JL
Pet. Dt.: 11/10/06
Conv. Dt.: 4/9/08

JOSEPH D. OLSEN

⑈000000109⑈ ⑆021000021⑆ 312102254566⑈ ⑆00000047200⑇

007280575784 JUN 09 #0000000109 $472.00



007280575784 JUN 09 #0000000109 $472.00

---

**JPMORGAN CHASE BANK, N.A.** VOID AFTER 90 DAYS 111
TID #330400

| Case | Debtor |
|---|---|
| 06-72107 MB | VALENTINE, JAMES L |
| 312102254566 | VALENTINE, C MICHELE |

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD IL 61104-2228

Date 05/29/2008  $ *********586.51

---Five Hundred Eighty-Six Dollars and 51/100

Pay to the Order of: Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE "CHASE" LOGO FADING IN THE BACKGROUND

**JPMORGAN CHASE BANK, N.A.** VOID AFTER 90 DAYS 110
4 New York Plaza, 17th Floor, New York, NY 10004
TID #330400

| Case | Debtor |
|---|---|
| 06-72107 MB | VALENTINE, JAMES L |
| 312102254566 | VALENTINE, C MICHELE |

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD IL 61104-2228

JUN 04 2008

Date 05/29/2008  $ *********265.39

---Two Hundred Sixty-Five Dollars and 39/100

Pay to the Order of: Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago IL 60664-0338

JOSEPH D. OLSEN

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

⑈000000110⑈ ⑆021000021⑆ 312102254566⑈

**JPMorganChase**



August 30, 2008 through September 30, 2008
Account Number: **000312102254566**

ACCOUNT # 000312102254566
VALENTINE JAMES L
06-72107

**IMAGES**

007980120361 SEP 23 #0000000112 $265.39



007980120361 SEP 23 #0000000112 $265.39

**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

August 30, 2008 through September 30, 2008
Account Number: **000312102254566**

**CUSTOMER SERVICE INFORMATION**

Service Center: 1-800-634-5273

00016576 DBI 802 24 27508 - NNNNN  1  000000000  60 0000
06-72107 VALENTINE JAMES L
VALENTINE C MICHELE DEBTOR
330400 JOSEPH OLSEN TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004

## CHECKING SUMMARY   Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $265.39 |
| Checks Paid | 1 | - 265.39 |
| Ending Balance | 1 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 112 | 09/23 | $265.39 |
| Total Checks Paid |  | $265.39 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/23 | $0.00 |

Exhibit "B"

Page 1 of 2